UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

                Plaintiff,

– against –

AVALONBAY COMMUNITIES,

                Defendant.

**ORDER**

19 Civ. 6871 (ER)

RAMOS, D.J.:

      On July 23, 2019, Brian Fischler ("Plaintiff") filed suit against AvalonBay Communities ("Defendant") for violations of the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law.  Doc. 1.  On October 16, 2019, Plaintiff informed the Court that the parties had reached a settlement in principle.  Doc. 10.  On October 22, 2019, the Court issued an order discontinuing the case but directing the parties that they could reopen the case within thirty days if they failed to consummate the settlement.  Doc. 11.  On November 20, 2019, Plaintiff requested that the Court extend the deadline for reopening the case until December 13, 2019 because the parties had not yet finalized the settlement.  Doc. 12.

      The Court directs the parties to submit a joint report on the status of the settlement by July 17, 2020.

It is SO ORDERED.

Dated:   July 13, 2020
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.